THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH STEIN, Appellant.— Judgment of conviction unanimously affirmed. We think defendant's possession of the stolen property was established by the evidence that it was found in the apartment in Brooklyn occupied by him, as well as by his admission that the property was delivered at his apartment the night before the arrest by some unidentified chauffeur. The stolen furs were found scattered about the apartment when the police entered it on the morning of the arrest. None of the evidence offered by the prosecution was contradicted in any way. The other alleged errors are discussed in the opinion in *People* v. *Marcus* (220 App. Div. 697), decided herewith. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUSTAVE BESTGEN, Relator, v. GEORGE V. MCLAUGHLIN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of the police commissioner unanimously confirmed, and certiorari proceeding dismissed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR J. BLEIBTREY, Relator, v. GEORGE V. MCLAUGHLIN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of the police commissioner unanimously confirmed, and certiorari proceeding dismissed, without costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. RANGER, Respondent, v. F. WESEL MANUFACTURING COMPANY, INC., Appellant.— Peremptory mandamus order directing defendant to exhibit its books, etc., to relator, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

LOUIS SCHLESINGER, Appellant, v. EDWARD HOSCH, Defendant. HELEN BLAM, Respondent.— Order denying motion to vacate order made December 20, 1926, which directed the sheriff to pay to respondent the sum of $673.20, affirmed, with $10 costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.